

# Service of Process Transmittal
02/22/2022
CT Log Number 541103180

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MORELAND RICHARD // To: WALMART INC.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Notice(s), Complaint |
| **COURT/AGENCY:** | St. Louis County - 21st Judicial Circuit Court, MO<br>Case # 22SLCC00132 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 01/23/2021, Wal-Mart located at 3390 N. Highway 67, Florissant, MO |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/22/2022 at 17:15 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after receipt, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Brady M. McAninch<br>Hipskind & McAninch, LLC<br>5111 West Main Street<br>Belleville, IL 62220<br>618-641-9189 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/23/2022, Expected Purge Date: 02/28/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 22, 2022

**Server Name:** Kyle Clutter

| Entity Served | WAL-MART, INC. |
|---|---|
| Case Number | 22SL-CC00132 |
| Jurisdiction | IL |





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH L. WALSH III | Case Number: 22SL-CC00132 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ROBERT MORELAND<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRADY MICHAEL MCANINCH<br>1025 WASHINGTON AVE  APT  506<br>ST  LOUIS, MO  63101 | |
| Defendant/Respondent:<br>WAL-MART, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: WAL-MART, INC.
Alias:
R/A CT CORPORATION SYSTEM
208 S LASALLE ST, SUITE 814
CHICAGO, IL  60604



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

09-FEB-2022                                                      _____
Date                                                                       Clerk

**Further Information:**
AD

### Sheriff's or Server's Return
**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                                  Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
   Subscribed and sworn to before me on _____ (date).
(Seal)
   My commission expires: _____    _____
                                              Date                                              Notary Public

**Sheriff's Fees, if applicable**
Summons                          $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $____10.00_____
Mileage                              $_____ (_____ miles @ $._____ per mile)
**Total**                               $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: **Document ID# 22-SMCC-1131**    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                                                          54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 22-SMCC-1131**     3     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**
If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**
If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**
Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

## For more information call: 314-615-8029



22SL-CC00132

Electronically Filed - St Louis County - December 28, 2021 - 09:47 AM

IN THE CIRCUIT COURT FOR THE TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| RICHARD MORELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| WAL-MART, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES Plaintiff, Richard Moreland, by and through his attorneys, Hipskind & McAninch, LLC, and for his Complaint against Defendant, Wal-Mart, Inc., states as follows:

1. On or before January 23, 2021, Defendant, Wal-Mart, Inc. (hereafter "Wal-Mart"), owned, operated, managed, maintained, and controlled an establishment known as Wal-Mart located at 3390 N. Highway 67, in Florissant, Missouri.

2. On January 23, 2021, Plaintiff, Richard Moreland, was on the premises as a Customer and patron of Wal-Mart, when he slipped on spilled produce, causing him to fall to the floor.

3. At the time and place alleged above, Wal-Mart had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premise.

4. On January 23, 2021, Wal-Mart was in violation of such duty, committed one or more of the following negligent acts:

   a. Failed to inspect the premises to ascertain the presence of a foreign substance on the floor;

   b. Caused or allowed a foreign substance to be present on the floor presenting an unreasonably dangerous condition, when it knew or should have known of the presence of such foreign substance;

  c. Failed to timely and properly maintain the subject area so as to provide a safe walking surface for its customers;

  d. Failed to provide any type of warning for its customers concerning the unsafe condition of the subject area, when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff; and/or

  e. Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the subject establishment.

 5. As a proximate result of one or more of the foregoing negligent acts or omissions of Wal-Mart, Plaintiff was caused to fall and suffer significant injuries and resulting damaged.

WHEREFORE Plaintiff, Richard Moreland, requests that the Court enter judgment in his favor against Defendant, Wal-Mart, Inc., in an amount to exceed $50,000.00 and for any other relief that is just under the circumstances.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By: /s/ Brady McAninch
John T. Hipskind, #61530
Brady M. McAninch, #67679
5111 West Main Street
Belleville, Illinois 62220
Phone: 618-641-9189
Fax: 618-551-2642
john@hm-attorneys.com
brady@hm-attorneys.com
*Attorneys for Plaintiff*